In re Philadelphia Traffic Court Judge Michael LOWRY.

Petition of Judge Michael Lowry.

Supreme Court of Pennsylvania.

Nov. 13, 2014.

### ORDER

PER CURIAM.

AND NOW, this 13th day of November, 2014, the "Petition for Review of Judge Michael Lowry to Receive His Pay and Benefits" and the "Motion for a Timely Hearing so Michael Lowry Can Receive His Pay and Benefits" are hereby **DISMISSED.**